STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
TOBACCO COMPLIANCE BUREAU

Writer's Direct Dial: (212) 416-6389

September 13, 2013

**BY ELECTRONIC CASE FILING**
Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

Re:   *State of New York v. Grand River Enterprises, et al.*, 13 CV 01112 (LDW) (GRB)

Dear Judge Wexler:

I am one of the attorneys at the New York State Attorney General's Office assigned to handle the above-referenced matter on behalf of plaintiff the State of New York. I write on behalf of the parties pursuant to Your Honor's September 11, 2013 Order directing counsel to confer and agree upon a briefing schedule for Defendants' motions to dismiss. The parties have conferred and agree upon the following briefing schedule:

    Defendants' Motions Due:    October 23, 2013

    Plaintiff's Opposition Due:    December 4, 2013

    Defendants' Replies Due:    December 16, 2013

We respectfully request that the Court endorse the proposed schedule. Thank you for your consideration herein.

Very truly yours,

Sarah B. Evans

_____/s/_____
Sarah B. Evans
Assistant Attorney General

cc: All Counsel by ECF